**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lisa White, | No. CV-24-00378-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| USAA General Indemnity Company, | |
| Defendant. | |

The parties were granted permission to file early summary judgment motions on the issue of insurable interest. (Doc. 22.) Having reviewed that briefing, the parties agree there is very little guidance in Arizona law. Given that uncertainty, resolving the insurable interest issue would require the court consult "decisions from other jurisdictions, statutes, treatises, and restatements as guidance." *Judd v. Weinstein*, 967 F.3d 952, 955–56 (9th Cir. 2020) (quotation marks and citation omitted). That task may be unnecessary, however, because defendant argues there are contract-based defenses that will defeat coverage regardless of the insurable interest issue. Because those contract-based defenses might render any prediction of state law unnecessary, it is wiser to resolve all issues at the same time after the completion of full discovery. Therefore, the cross-motions are denied, and the parties must submit a proposed case management schedule.

/

/

/

Case 2:24-cv-00378-KML   Document 37   Filed 12/18/24   Page 2 of 2

1     Accordingly,

2     **IT IS ORDERED** the Motions for Summary Judgment (Doc. 24, 26) are **DENIED WITHOUT PREJUDICE**.

4     **IT IS FURTHER ORDERED** no later than **January 6, 2025**, the parties shall file a proposed case management containing all the proposed dates using the form available on the court's website. The proposed case management order must also be emailed in Word format to Lanham_chambers@azd.uscourts.gov.

8     Dated this 18th day of December, 2024.

_____
**Honorable Krissa M. Lanham**
**United States District Judge**

- 2 -